# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0445** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **DAVID WELLS** | : | |

## **ORDER**

AND NOW, this 2nd day of December, 2005, upon consideration of the unopposed motion (Doc. 9), filed by counsel for defendant, to excuse local counsel from attending the Rule 11 hearing and subsequent sentencing hearing, it is hereby ORDERED that the motion (Doc. 9) is GRANTED.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge