**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0445** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **DAVID WELLS** | : | |

## ORDER

AND NOW, this 29th day of June, 2006, upon consideration of defendant's motion for access to records relevant to sentencing (Doc. 20), requesting that the Probation Office produce documents supporting the amount of restitution set forth in the presentence report, and it appearing that the government does not oppose the motion (see Doc. 20 ¶ 4), it is hereby ORDERED that the motion (Doc. 20) is GRANTED. The Probation Office is directed to provide to defendant copies of all documents relevant to the calculation of the amount of restitution as set forth in the presentence report.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge