# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:05-CR-0445 |
| **v.** | : (Judge Conner) |
| **DAVID WELLS,** | : |
| **Defendant** | : |

## O R D E R

AND NOW, this 24th day of July, 2006, it is hereby ORDERED that defendant David Wells' additional conditions of supervised release are hereby MODIFIED to include the following additional condition:

"5. The probation officer shall make provisions for the defendant's absence from his residence for attendance at Alcoholics Anonymous meetings."

S/ Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge